NO. 07-02-0322-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 5, 2004

_____

H. V. DAVIS, APPELLANT

V.

FEDERAL LAND BANK OF TEXAS, APPELLEE

_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B-29425-9709; HONORABLE ED SELF, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On July 22, 2002, a copy of a Notice of Appeal from a Judgment in Cause No. B-29425-9709 in the 242nd District Court of Hale County, Texas, was filed with the clerk of this court. The Judgment was signed on April 19, 2002.

On August 21, 2002, the trial court clerk's record was filed with the clerk of this court. On August 18, 2003, the reporter's record was filed with the clerk of this court.

By letter dated December 11, 2003, counsel for appellant was advised that appellant's brief had not been filed and that unless a motion for extension of time to file the brief was received within ten days, the appeal would be subject to dismissal. No response has been received to the letter of December 11, 2003. Neither appellant's brief nor a motion to extend time for filing the brief have been filed.

This appeal is dismissed. TEX. R. APP. P. 38.8(a)(1). Costs are taxed to appellant. TEX. R. APP. P. 43.4.

Per Curiam